

1   J. Andrew Coombs (SBN 123881)
2   andy@coombspc.com
    Nicole L. Drey (SBN 250235)
3   nicole@coombspc.com
    J. Andrew Coombs, A Prof. Corp.
4   517 East Wilson Ave., Suite 202
    Glendale, California 91206
5   Telephone: (818) 500-3200
    Facsimile: (818) 500-3201

6   Attorneys for Plaintiffs Disney
7   Enterprises, Inc., Warner Bros.
    Entertainment Inc., DC Comics and
    Sanrio, Inc.

8

9   Dann L. Duncan (SBN 153259)
    loodld@yahoo.com
10   Law Office of Dann L. Duncan
    136 North Grand Avenue #318
11   P.O. Box 4308
    West Covina, California 91791
12   Telephone: (626) 339-4976
    Facsimile: (626) 339-4976

13   Attorney for Defendant Sophia Shih
    a/k/a Sophia Shi, an individual and
14   d/b/a Auto Mates and Auto Mates
    and More

15

16             UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA
17

18   Disney Enterprises, Inc., Warner Bros.   )  **[Filing Under Seal]**
    Entertainment Inc., DC Comics and   )
19   Sanrio, Inc.,   )  No. CV12-5601 ABC (OPx)
        )
20                Plaintiffs,   )  [PROPOSED] PRELIMINARY
        )  INJUNCTION
21       v.   )
        )
22   Sophia Shih a/k/a Sophia Shi, an   )
    individual and d/b/a Auto Mates and Auto )
23   Mates and More and Does 1 – 10,   )
    inclusive,   )
24         )
               Defendants.   )
25

26           **CONFIDENTIAL/FILED UNDER SEAL**
27
    **NOT TO BE OPENED EXCEPT BY ORDER OF THE COURT**
28

Disney, et al. v. Shih (Auto Mates).: [Proposed] Preliminary     - 1 -
Injunction

J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs Disney
Enterprises, Inc., Warner Bros.
Entertainment Inc., DC Comics and
Sanrio, Inc.

Dann L. Duncan (SBN 153259)
loodld@yahoo.com
Law Office of Dann L. Duncan
136 North Grand Avenue #318
P.O. Box 4308
West Covina, California 91791
Telephone: (626) 339-4976
Facsimile: (626) 339-4976

Attorney for Defendant Sophia Shih
a/k/a Sophia Shi, an individual and
d/b/a Auto Mates and Auto Mates
and More

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Disney Enterprises, Inc., Warner Bros.
Entertainment Inc., DC Comics and
Sanrio, Inc.,

                    Plaintiffs,

         v.

Sophia Shih a/k/a Sophia Shi, an
individual and d/b/a Auto Mates and Auto
Mates and More and Does 1 – 10,
inclusive,

                    Defendants.

**[Filing Under Seal]**

No. CV12-5601 ABC (OPx)

[PRO~~POSE~~D] PRELIMINARY
INJUNCTION

**CONFIDENTIAL/FILED UNDER SEAL**

**NOT TO BE OPENED EXCEPT BY ORDER OF THE COURT**

Disney, et al. v. Shih (Auto Mates).: [Proposed] Preliminary
Injunction

- 1 -

1   This Court, having considered the Joint Stipulation re Preliminary Injunction
2   filed by Plaintiffs Disney Enterprises, Inc., Warner Bros. Entertainment Inc., DC
3   Comics and Sanrio, Inc. (collectively "Plaintiffs"), on the one hand, and Defendant
4   Sophia Shih a/k/a Sophia Shi, an individual and d/b/a Auto Mates and Auto Mates
5   and More ("Defendant"), on the other hand, and finding good cause therefore,

6       IT IS ORDERED, ADJUDGED AND DECREED THAT:

7       1.      Defendant and her agents, servants, employees and attorneys, and all
8   persons in active concert and participation with her, are hereby restrained and
9   enjoined from directly or indirectly infringing Plaintiffs' Copyrights (representative
10  lists of copyright registrations are attached hereto as Exhibits A, C, E & G) and
11  Plaintiffs' Trademarks (representative lists of trademark registrations are attached
12  hereto as Exhibits B, D, F & H) (collectively "Plaintiffs' Properties") in any manner,
13  including generally, but not limited to, the unauthorized manufacture, importation,
14  distribution, advertising, selling and/or offering for sale of any bags, apparel, toys,
15  stickers, key chains, lanyards, pillows, jewelry, cell phone accessories, hair
16  accessories, personal accessories, auto accessories, and other products bearing
17  Plaintiffs' Properties ("Unauthorized Products"), and specifically:

18      a.      Unauthorized importing, manufacturing, distributing, advertising,
19              selling and/or offering for sale the Unauthorized Products or any other
20              unauthorized products which picture, reproduce, copy or use the
21              likenesses of or bear a substantial similarity to any of Plaintiffs'
22              Properties;

23      b.      Unauthorized importing, manufacturing, distributing, advertising,
24              selling and/or offering for sale in connection thereto any promotional
25              materials, labels, packaging or containers which picture, reproduce,
26              copy or use the likenesses of or bear a substantial similarity to
27              Plaintiffs' Properties;

28

c.  Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the unauthorized products sold by Defendant, or Defendant herself are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are in some way affiliated with Plaintiffs;

d.  Unauthorized affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs;

e.  Destroying or otherwise disposing of:

i.  Unauthorized merchandise falsely bearing Plaintiffs' Properties;

ii.  Any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

iii.  Any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of Plaintiffs' Properties;

iv.  Any unauthorized molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing Plaintiffs' Properties;

v.  Any sales and supply of customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the

unauthorized manufacture, purchase, advertising, sale or offering for sale of the Unauthorized Products; and

2. Defendant further agrees to preserve during the pendency of this action:

a. All Unauthorized Products bearing Plaintiffs' Properties, or likenesses thereof;

b. Any other unauthorized products which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

c. Any labels, packages, wrappers, containers and any other unauthorized promotional or advertising material which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

d. Any unauthorized molds, screens, patterns, plates, negatives, equipment, machinery or other elements used for making or manufacturing the Unauthorized Products or unauthorized items which bear Plaintiffs' Properties or which bear a substantial similarity to any of Plaintiffs' Properties; and

e. Any sales and supply of customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records believed to concern the manufacture, purchase, advertising, sale or offering for sale of the Unauthorized Products.

3. This Preliminary Injunction is issued without the posting by Plaintiffs of any additional bond.

4. Upon entry hereof, the Temporary Restraining Order herein, dated June 27, 2012, is vacated.

5.      This Order shall be deemed to have been served upon Defendant at the time of the signing thereof by the Court.

6.      The hearing on the Order to Show Cause set for July 11, 2012, is vacated.

7.      The Sealing Order entered by the Court may be lifted.

8.      This matter will remain open and pending before the Court to resolve any remaining issues.


IT IS SO ORDERED:

Dated:    July 10, 2012

_____
Hon. Audrey B. Collins
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiffs Disney
Enterprises, Inc., Warner Bros.
Entertainment Inc., DC Comics and
Sanrio, Inc.


Law Office of Dann L. Duncan

By: _____
    Dann L. Duncan
Attorney for Defendant Sophia Shih
a/k/a Sophia Shi, an individual and
d/b/a Auto Mates and Auto Mates and
More

**EXHIBIT A**

## EXHIBIT A

## DEI'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 85 651 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | **Snow White and the Seven Dwarfs** | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |

| | | |
|---|---|---|
| R 346 876 | Grumpy | Drawings |
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | **Pinocchio** | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | **Fantasia** | Motion Picture |
| R 433 627 | **The Reluctant Dragon** | Motion Picture |
| R 442 538 | **Dumbo** | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | **Bambi** | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | **Saludos Amigos** | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | **The Three Caballeros** | Motion Picture |
| R 550 316 | **Make Mine Music** | Motion Picture |
| R 557 922 | **Song of the South** | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | **Fun and Fancy Free** | Motion Picture |
| R 605 180 | **Melody Time** | Motion Picture |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** | Motion Picture |
| R 648 396 | **Cinderella** | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | **Alice in Wonderland** | Motion Picture |

| | | |
|---|---|---|
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
| VA 58 921 | Alice – 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | **Peter Pan** | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | **Lady and the Tramp** | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | **Sleeping Beauty** | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | **One Hundred and One Dalmatians** | Motion Picture |
| RE 546 478 | **The Sword in the Stone** | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | **Mary Poppins** | Motion Picture |
| RE 705 510 | **The Jungle Book** | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | **The Aristocats** | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| VA 1-099-033 | Marie Valentine Spring 2002 | Style Guide |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | **Robin Hood** | Motion Picture |

| Gu 46 582 | Robin Hood | Drawing |
|---|---|---|
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |

| VAu 104 921 | Dodger Construction Sheets | Model Sheet |
|---|---|---|
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |

| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
|---|---|---|
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | **The Lion King** | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - | Model Sheet |

| | Frollo | |
|---|---|---|
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| PA 901 890 | **A Bug's Life*** | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2 - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |

| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |
|---|---|---|
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Sheet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emperor's New Groove** | Motion Picture |
| VA 999 573 | Emperor's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| PA 1-250-536 | **The Incredibles** | Motion Picture |
| VA 1-242-351 | The Incredibles | Style Guide |
| PA 1-322-908 | **Cars** | Motion Picture |
| VA 1-326-323 | Cars – Style Guide | Style Guide |
| VA 1-403-647 | Hannah Montana – Branding Guide | Style Guide |
| PA 659-601 | **Tim Burton's The Nightmare Before Christmas** | Motion Picture |
| PA 1-313-530 | **High School Musical** | Motion Picture |
| VA 1-405-082 | High School Musical – Branding Guide | Style Guide |
| PA 1-627-575 | **Hannah Montana the Movie** | Motion Picture |
| PA 1-635-067 | **Up** | Motion Picture |
| PA 1-641-991 | **G-Force** | Motion Picture |
| PA 1-606-305 | **Wall-E** | Motion Picture |
| VA 1-663-815 | Wall-E – Branding and Supplement Style Guide RSM 2008 | Style Guide |
| PA 1-598-561 | **High School Musical 2** | Motion Picture |
| VA 1-651-813 | High School Musical 2 – Summer 2008 Style Guide Supplement | Style Guide |
| PA 1-613-593 | **High School Musical 3: Senior Year** | Motion Picture |
| VA 1-655-713 | Beverly Hills Chihuahua | One Sheet |
| PA 1-611-956 | **Beverly Hills Chihuahua** | Motion Picture |
| Pau 2-921-728 | Little Mermaid III: Ariel's Beginning | Screenplay |
| VA 515-038 | Little Mermaid III: Ariel's Beginning | Comic Book |
| PA 1-623-231 | **Bedtime Stories** | Motion Picture |
| PA 1-588-972 | **Underdog** | Motion Picture |
| PA 1-595-126 | **Enchanted** | Motion Picture |
| PA 1-332-118 | **Meet the Robinsons** | Motion Picture |
| VA 1-358-218 | Meet the Robinsons—Style Guide | Style Guide |
| PA 1-122-518 | **Cinderella II : Dreams come true /** | Motion Picture |

| | produced by Walt Disney Television Animation ; directed by John Kafka | |
|---|---|---|
| PA 1-612-331 | **Cinderella III: A Twist in Time** | Motion Picture |
| PA 1-611-943 | **Tinker Bell** | Motion Picture |
| PA 1-617-950 | **Bolt** | Motion Picture |
| VA 1-663-828 | Bolt – Fall/Winter Style Guide 2008 | Style Guide |
| PA 1-688-323 | **Toy Story 3** | Motion Picture |
| VA 1-800-737 | Toy Story 3: GC Product Dev – Style Guide – Spring/Summer 2010 | Style Guide |

**EXHIBIT  B**

## EXHIBIT B

## DISNEY'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Mickey Mouse | Typed Drawing | 78,976,959 | n/a |
| Mickey Mouse | Standard Character Mark | Serial Number 77,130,011 | n/a |
| Mickey Mouse | Typed Drawing | 3,006,349 | 10/11/05 |
| Mickey Mouse | Typed Drawing | 315,056 | 7/17/34 |
| Mickey Mouse | Standard Character Mark | 77,130,201 | n/a |
| Mickey Mouse | Typed Drawing | 1,115,389 | 4/28/81 |
| Mickey Mouse | Typed Drawing | 1,152,389 | 4/28/81 |
| Mickey Mouse | Design Only | 2,704,887 | 4/8/03 |
| Mickey Mouse Head Device | Design Only | 2,781,693 (Serial Number 78637100) | 11/11/03 |
| Minnie Mouse | Typed Drawing | 3,102,338 | 6/06/06 |
| Minnie Mouse | Design Only | 2,700,619 | 3/25/03 |
| Minnie Mouse | Standard Character Mark | Serial Number 77130173 | n/a |
| Minnie Mouse | Standard Character Mark | Serial Number 77099715 | n/a |
| Minnie Mouse | Typed Drawing | Serial Number 78159805 | n/a |
| Pluto | Typed Drawing | 1,152,383 | 4/28/81 |
| Pluto | Design Only | 2,707,323 | 4/15/03 |
| Goofy | Typed Drawing | 1,159,124 | 6/30/81 |
| Goofy | Design Only | 2,721,608 | 6/3/03 |

| | | | |
|---|---|---|---|
| Donald Duck | Typed Drawing | 1,161,868 | 7/21/81 |
| Donald Duck | Design Only | 2,700,620 | 3/25/03 |
| Donald Duck | Typed Drawing | 3,120,077 | 9/26/06 |
| Daisy Duck | Design Only | 2,704,890 | 4/8/03 |
| Disney | Typed Drawing | 1,162,727 | 7/28/81 |
| Disney | Typed Drawing | 1,838,246 (Serial Number 78163606) | 5/31/94 |
| Disney Princess | Standard Character Mark | 1,037,788 (Serial Number 78743842) | 4/13/76 |
| Walt Disney | Typed Drawing | 1,141,312 | 11/11/80 |
| Walt Disney Signature | Standard Character Mark | 1,162,727 (Serial Number 78864123) | 7/28/81 |
| Winnie the Pooh | Typed Drawing | 3,024,287 | 12/6/05 |
| Pooh | Design Only | 2,704,888 | 4/8/03 |
| Pooh | Typed Drawing | 2,623,099 (Serial Number 78159758) | 9/24/02 |
| Piglet | Design Only | 2,700,618 | 3/25/03 |
| Tigger | Design Only | 2,860,445 | 7/6/04 |
| Eeyore | Design Only | Serial Number 76587948 | n/a |
| Eeyore | Typed Drawing | Serial Number 78159727 | n/a |
| Walt Disney's Cinderella | Design Plus Words, Letters, and/or Numbers | 3,057,988 | 2/7/06 |
| Walt Disney's Snow White & the Seven Dwarfs | Design Plus Words, Letters, and/or Numbers | 2,891,463 | 10/5/04 |
| Walt Disney's Sleeping Beauty | Design Plus Words, Letters, and/or Numbers | 2,895,966 | 10/19/04 |
| Sleeping Beauty | Standard Character Mark | Serial Number 77,173,609 | n/a |

| | | | |
|---|---|---|---|
| Peter Pan | Standard Character Mark | Serial Number 78911868 | n/a |
| Walt Disney's Peter Pan | Design Plus Words, Letters, and/or Numbers | 2895967 | 10/19/04 |
| Tinker Bell | Standard Character Mark | Serial Number 78911784 | n/a |
| Tinker Bell | Standard Character Mark | Serial Number 78911879 | n/a |
| Tinker Bell | Design Only | Serial Number 78956939 | n/a |
| Tink | Typed Drawing | Serial Number 76099680 | n/a |
| Hannah Montana | Standard Character Mark | 3,478,026 | 7/29/08 |
| Hannah Montana | Standard Character Mark | 3,413,555 | 4/15/08 |
| Hannah Montana | Standard Character Mark | 3,473,757 | 7/22/08 |
| Hannah Montana | Standard Character Mark | 3,413,552 | 4/15/08 |
| Lilo & Stitch | Typed Drawing | 2,811,097 | 3/29/01 |
| Pinocchio | Design Plus Words, Letters, and/or Numbers | 2,920,964 | 1/25/05 |
| Cars | Design Plus Words, Letters, and/or Numbers | 3358115 | 12/18/07 |
| Cars | Design Plus Words, Letters, and/or Numbers | 3178664 | 11/28/06 |
| Lightning McQueen | Standard Character Mark | 3370157 | 1/15/08 |
| Mater | Standard Character Mark | 3406600 | 4/1/08 |
| Rust-Eze | Standard Character Mark | 3294617 | 9/18/07 |
| Doc Hudson | Standard Character Mark | 3321900 | 10/23/07 |
| Toy Story | Typed Drawing | 2,520,404 | 12/18/01 |
| Ariel | Standard Character Mark | Serial Number 77,130,150 | n/a |
| Beauty and the Beast | Typed Drawing | 2,961,693 | 6/14/05 |

| Princess Jasmine | Standard Character Mark | Serial Number 77,098,469 | n/a |
|---|---|---|---|
| High School Musical | Standard Character Mark | 3,506,572 | 9/23/08 |
| High School Musical | Standard Character Mark | 3,433,096 | 5/20/08 |
| High School Musical | Standard Character Mark | 3,420,394 | 10/24/06 |
| Meet the Robinsons | Standard Character Mark | 3,420,082 | 4/29/08 |
| Meet the Robinsons | Standard Character Mark | 3,354,473 | 12/7/07 |
| The Cheetah Girls | Standard Character Mark | 3,252,269 | 6/12/07 |
| Walt Disney Pictures Presents The Wild | Standard Character Mark | 3,389,689 | 2/26/08 |
| Disney Bolt | Standard Character Mark | 3,648,251 | 6/30/09 |
| Disney Bolt | Standard Character Mark | 3,604,222 | 4/7/09 |
| Wall-E | Standard Character Mark | 3,686,824 | 9/22/09 |
| Wall-E | Standard Character Mark | 3,528,986 | 11/4/08 |

**EXHIBIT C**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT C

## WARNER BROS.' COPYRIGHTED DESIGNS

| Copyright Registration | Title Of Work (Character) | Type of Work |
|---|---|---|
| TXU 550963 | Bugs Bunny (1992) | Style Guide |
| TXU 550472 | Sylvester (1992) | Style Guide |
| TXU 550958 | Sylvester Jr. (1992) | Style Guide |
| TXU 550444 | Taz-Mania (1991) | Style Guide |
| TXU 550812 | Tweety (1992) | Style Guide |
| TXU 550953 | Wile E. Coyote (1992) | Style Guide |
| TXU 550962 | Yosemite Sam (1992) | Style Guide |
| TXU 550471 | Acme Road Gear (1992) | Style Guide |
| TXU-550463 | Daffy Duck (1992) | Style Guide |
| TXU 550960 | Elmer Fudd (1992) | Style Guide |
| TXU 550470 | Looney Tunes Guidelines (1992) | Style Guide |
| TXU 550961 | Marc Antony & Pussyfoot (1992) | Style Guide |
| TXU 550959 | Marvin The Martian (1992) | Style Guide |
| TXU 550957 | Pepe Le Pew & Penelope (1992) | Style Guide |
| TXU 551162 | Porky Pig & Petunia Pig (1992) | Style Guide |
| TXU 550955 | Road Runner (1992) | Style Guide |
| TXU 550964 | Speedy Gonzales (1992) | Style Guide |
| TXU 557335 | Tasmanian Devil (1992) | Style Guide |
| TXU 568671 | The Warner Brothers (1992) | Style Guide |

**EXHIBIT  D**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D
## WARNER BROS. TRADEMARKS

| Trademark Name | Registration No | Reg. Date |
|---|---|---|
| BUGS BUNNY | 950381 | 9-Jan-1973 |
| BUGS BUNNY | 2046053 | 18-Mar-1997 |
| DAFFY DUCK | 1998415 | 3-Sept-1996 |
| ELMER FUDD | 1997173 | 27-Aug-1996 |
| LOONEY TUNES | 1574797 | 2-Jan-1990 |
| PORKY PIG | 2062712 | 20-May-1997 |
| ROAD RUNNER | 2000037 | 10-Sept-1996 |
| TASMANIAN DEVIL | 2033589 | 28-Jan-1997 |
| TWEETY | 1997174 | 27-Aug-1996 |
| BUGS BUNNY | 1235144 | 19-Apr-1983 |
| BUGS BUNNY | 2046053 | 18-Mar-1997 |
| BUGS BUNNY | 1065358 | 10-May-1977 |
| BUGS BUNNY | 0950381 | 09-Jan-1973 |
| BUGS BUNNY | 1872565 | 10-Jan-1995 |
| BUGS BUNNY | 1280858 | 05-Jun-1984 |
| BUGS BUNNY | 1869300 | 27-Dec-1994 |

| | | |
|---|---|---|
| BUGS BUNNY | 2030106 | 14-Jan-1997 |
| BUGS BUNNY | 1280778 | 05-Jun-1984 |
| Bugs Bunny Head Rep I | 0966881 | 28-Aug-1973 |
| Bugs Bunny Head Rep III | 1291403 | 21-Aug-1984 |
| Bugs Bunny Rep IX (Cool Bunny w/ Carrot) | 1873919 | 17-Jan-1995 |
| Bugs Bunny Rep IX (Cool Bunny w/ Carrot) | 1872300 | 10-Jan-1995 |
| Bugs Bunny Rep XII (Carrot, Jacket, Bow Tie) | 1293720 | 11-Sep-1984 |
| Bugs Bunny Rep XIII (Mouth Open, Hands on Hips) | 2775393 | 21-Oct-2003 |
| DAFFY DUCK | 1869296 | 27-Dec-1994 |
| DAFFY DUCK | 1872619 | 10-Jan-1995 |
| DAFFY DUCK | 1290368 | 14-Aug-1984 |
| DAFFY DUCK | 1873922 | 17-Jan-1995 |
| DAFFY DUCK | 1998415 | 03-Sep-1996 |
| Daffy Duck Head Rep | 1286233 | 17-Jul-1984 |
| Daffy Duck Rep V (Hands on Hips) | 1879823 | 21-Feb-1995 |
| Daffy Duck Rep VII (Leaning Right) | 1916145 | 05-Sep-1995 |
| Daffy Duck Rep VIII (Swinging Left) | 3005978 | 11-Oct-2005 |
| Daffy Duck Rep XIV | 1294387 | 11-Sep-1984 |
| ELMER FUDD | 1997173 | 27-Aug-1996 |

| | | |
|---|---|---|
| ELMER FUDD | 2017978 | 19-Nov-1996 |
| ELMER FUDD | 1916032 | 05-Sep-1995 |
| Elmer Fudd Rep a | 1916170 | 05-Sep-1995 |
| Elmer Fudd Rep V (Smiling, Waving) | 1873920 | 17-Jan-1995 |
| FLIX FROM THE FROG | 2975170 | 26-Jul-2005 |
| FOGHORN LEGHORN | 1914590 | 29-Aug-1995 |
| Foghorn Leghorn Rep | 1873923 | 17-Jan-1995 |
| Foghorn Leghorn Rep II | 1898748 | 13-Jun-1995 |
| GOSSAMER | 2199970 | 27-Oct-1998 |
| LOLA BUNNY | 2530472 | 15-Jan-2002 |
| LOONEY TUNES | 1574797 | 02-Jan-1990 |
| LOONEY TUNES | 1297890 | 25-Sep-1984 |
| LOONEY TUNES | 1300078 | 16-Oct-1984 |
| LOONEY TUNES & Target w/ Bugs Bunny Logo (WB in Shield) | 2257588 | 29-Jun-1999 |
| LOONEY TUNES BACK IN ACTION | 2949693 | 10-May-2005 |
| LOONEY TUNES BACK IN ACTION | 2839227 | 04-May-2004 |
| Looney Tunes Theme Song (sound mark) | 2469364 | 17-Jul-2001 |
| Looney Tunes Theme Song (sound mark) | 2471345 | 24-Jul-2001 |
| MARVIN THE MARTIAN | 1872563 | 10-Jan-1995 |

| MARVIN THE MARTIAN | 2502729 | 30-Oct-2001 |
|---|---|---|
| Marvin the Martian Head Rep II | 1888336 | 11-Apr-1995 |
| Marvin the Martian Rep II | 1872564 | 10-Jan-1995 |
| Michigan J. Frog Rep II (High Step, Tipping Top Hat w/ Cane) | 1873917 | 17-Jan-1995 |
| PEPE LE PEW | 1869694 | 27-Dec-1994 |
| Pepe Le Pew Rep III (By Assignment) | 1871386 | 03-Jan-1995 |
| PORKY PIG | 1873657 | 17-Jan-1995 |
| PORKY PIG | 2062712 | 20-May-1997 |
| PORKY PIG | 1869769 | 27-Dec-1994 |
| Porky Pig Rep VI (Dancing) | 1879821 | 21-Feb-1995 |
| Porky Pig Rep VI (Dancing) | 1879566 | 21-Feb-1995 |
| ROAD RUNNER | 2923084 | 01-Feb-2005 |
| ROAD RUNNER | 1915162 | 29-Aug-1995 |
| ROAD RUNNER | 2000037 | 10-Sep-1996 |
| ROAD RUNNER | 3649919 | 07-Jul-2009 |
| ROAD RUNNER | 3642377 | 23-Jun-2009 |
| ROAD RUNNER & Head Rep (Right Profile) | 1288072 | 31-Jul-1984 |
| ROAD RUNNER & Rep X (stylized) | 2157957 | 19-May-1998 |
| ROAD RUNNER AND WILE E. COYOTE | 2135226 | 10-Feb-1998 |

| | | |
|---|---|---|
| Road Runner Head Rep (Right Profile) | 1288073 | 31-Jul-1984 |
| ROAD RUNNER HIGH SPEED ONLINE Logo | 2847268 | 01-Jun-2004 |
| ROAD RUNNER MESSENGER | 3084143 | 25-Apr-2006 |
| ROAD RUNNER MOBILE | 3868218 | 26-Oct-2010 |
| ROAD RUNNER MOBILE | 3868217 | 26-Oct-2010 |
| ROAD RUNNER PREMIUM | 2966847 | 12-Jul-2005 |
| Road Runner Rep IX (Running) | 1927458 | 17-Oct-1995 |
| Road Runner Rep VII | 1872562 | 10-Jan-1995 |
| ROADRUNNER (By Assignment) | 2246924 | 25-May-1999 |
| SPEEDY GONZALES | 1880420 | 28-Feb-1995 |
| SPEEDY GONZALES | 3028643 | 13-Dec-2005 |
| SPEEDY GONZALES | 2057614 | 29-Apr-1997 |
| SPEEDY GONZALES | 1869768 | 27-Dec-1994 |
| Speedy Gonzales Rep II | 1911156 | 15-Aug-1995 |
| SYLVESTER | 1872567 | 10-Jan-1995 |
| Sylvester & Tweety Design Rep w/ WB in Shield Logo | 1916148 | 05-Sep-1995 |
| Sylvester Rep VI (Standing, Right Hand Up/Back) | 1873921 | 17-Jan-1995 |
| TASMANIAN DEVIL | 2033589 | 28-Jan-1997 |
| TASMANIAN DEVIL | 1998467 | 03-Sep-1996 |

| | | |
|---|---|---|
| TASMANIAN DEVIL | 2913170 | 21-Dec-2004 |
| TASMANIAN DEVIL | 1836849 | 17-May-1994 |
| Tasmanian Devil Rep III (Open Mouth, Jumping) | 1879822 | 21-Feb-1995 |
| Tasmanian Devil Rep III (Open Mouth, Jumping) | 1982818 | 25-Jun-1996 |
| TAZ | 1846790 | 26-Jul-1994 |
| TAZ | 2130049 | 20-Jan-1998 |
| TAZ | 3168693 | 07-Nov-2006 |
| TAZ | 2639890 | 22-Oct-2002 |
| THAT'S ALL FOLKS! | 1489466 | 24-May-1988 |
| THE LOONEY TUNES SHOW | 3990702 | 05-Jul-2011 |
| THE LOONEY TUNES SHOW & Design Logo (Target) | 4067816 | 06-Dec-2011 |
| TWEETY | 1997174 | 27-Aug-1996 |
| TWEETY | 1302779 | 30-Oct-1984 |
| TWEETY | 2552799 | 26-Mar-2002 |
| TWEETY | 1302698 | 30-Oct-1984 |
| TWEETY | 2253249 | 15-Jun-1999 |
| TWEETY | 1869692 | 27-Dec-1994 |
| Tweety Head Rep XIV (Like Rep II) | 1302815 | 30-Oct-1984 |
| Tweety Rep | 1916147 | 05-Sep-1995 |

| | | |
|---|---|---|
| Tweety Rep II | 2045770 | 18-Mar-1997 |
| Tweety Rep VII | 2847306 | 01-Jun-2004 |
| Tweety Rep VII | 2775394 | 21-Oct-2003 |
| Tweety Rep X (Whatever) | 1872569 | 10-Jan-1995 |
| Tweety Rep XIV (Like Rep II) | 1306114 | 20-Nov-1984 |
| Tweety Rep XIV (Like Rep II) | 1291404 | 21-Aug-1984 |
| WB in Shield & FAMILY ENTERTAINMENT on Ribbon & Bugs Bunny Rep (Carrot, Tux Coat) | 1914630 | 29-Aug-1995 |
| WB in Shield & FAMILY ENTERTAINMENT on Ribbon & Bugs Bunny Rep (Carrot, Tux Coat) | 1918429 | 12-Sep-1995 |
| WHAT'S UP DOC? | 1495185 | 05-Jul-1988 |
| WILE E. COYOTE | 1872561 | 10-Jan-1995 |
| Wile E. Coyote Rep VI | 1868427 | 20-Dec-1994 |
| WIRELESS ROAD RUNNER | 2838498 | 04-May-2004 |
| YOSEMITE SAM | 1872568 | 10-Jan-1995 |
| Yosemite Sam Rep VI | 1872566 | 10-Jan-1995 |

**EXHIBIT  E**

# EXHIBIT E

# DC COMICS' COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| Txu 1-080-661 | DC Comics Anti-Piracy Guide<br>Batman<br>Robin<br>Superman<br>Wonderwoman<br>Supergirl<br>Justice League | Style Guide |
| VAu 1-059-478 | DC Comics Anti-Piracy Style Guide | Style Guide |
| TX 5-581-762 | Superman | Monthly Publication |
| TX 3-221-758 | Superman | Style Guide |
| TXu-532-372 | DC Comics style guide. | visual arts |

**EXHIBIT F**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT F

## DC COMICS' TRADEMARKS

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| Bat Emblem | 1,581,725 | 2/6/1990 |
| Bat Emblem | 1,581,593 | 2/6/1990 |
| Bat Emblem | 1,581,659 | 2/6/1990 |
| Bat Emblem | 2,119,266 | 12/9/1997 |
| Bat Emblem (BATMAN BEGINS) | 3,299,017 | 9/25/2007 |
| Bat Emblem (BATMAN BEGINS) | 3,110,604 | 6/27/2006 |
| Bat Emblem (BATMAN BEGINS) | 3,326,043 | 10/30/2007 |
| Bat Emblem (BATMAN BEGINS) | 3,313,612 | 10/16/2007 |
| Bat Rep II | 1,219,120 | 12/7/1982 |
| BATARANG | 3,291,749 | 9/11/2007 |
| BATCAVE | 4,135,575 | 5/1/2012 |
| BATGIRL | 3,070,999 | 3/21/2006 |
| BATLINK | 2,483,295 | 8/28/2001 |
| BATMAN | 856,045 | 9/3/1968 |
| BATMAN | 828,412 | 5/9/1967 |
| BATMAN | 839,561 | 11/28/1967 |
| BATMAN | 858,860 | 10/22/1968 |
| BATMAN | 1,221,720 | 12/28/1982 |
| BATMAN | 1,652,640 | 6/30/1991 |
| BATMAN | 1,622,749 | 11/13/1990 |
| BATMAN | 2,457,655 | 6/5/2001 |
| BATMAN & ROBIN | 2,171,937 | 6/7/1998 |
| BATMAN & ROBIN | 2,404,483 | 11/14/2000 |
| BATMAN & ROBIN | 2,245,040 | 5/11/1999 |

Disney, et al. v. Shih (Auto Mates): [Proposed] Preliminary Injunction

- 28 -

| | | |
|---|---|---|
| BATMAN BEYOND | 2,762,067 | 9/3/2003 |
| BATMAN BEYOND | 2,688,935 | 2/18/2003 |
| BATMAN BEYOND | 2,649,865 | 11/12/2002 |
| BATMAN BEYOND | 2,643,418 | 10/29/2002 |
| BATMAN on Bat Rep | 382,770 | 11/12/1940 |
| BATMAN on Bat Rep II (Side Face) (3D) | 804,709 | 3/1/1966 |
| Batman Rope Rep | 1,262,504 | 12/27/1983 |
| BATMAN THE RIDE | 1,861,233 | 11/1/1994 |
| BATMOBILE | 1,124,961 | 9/11/1979 |
| BATMOBILE (By Assignment) | 1,179,342 | 11/24/1981 |
| BATWING & Bat Emblem (outline) | 2,858,716 | 6/29/2004 |
| CATWOMAN | 3,181,586 | 12/5/2006 |
| CATWOMAN | 1,052,504 | 11/9/1976 |
| CATWOMAN | 1,565,883 | 11/14/1989 |
| CATWOMAN | 1,883,034 | 3/7/1995 |
| CATWOMAN | 1,966,766 | 4/9/1996 |
| DAILY PLANET | 3,018,523 | 11/22/2005 |
| DAILY PLANET | 3,066,593 | 3/7/2006 |
| DAILY PLANET | 3,349,268 | 12/4/2007 |
| DOUBLE W Design | 1,332,090 | 4/23/1985 |
| GOTHAM CENTRAL | 3,391,794 | 3/4/2008 |
| GOTHAM CITY | 3,353,156 | 12/11/2007 |
| GOTHAM GIRLS | 2,868,577 | 8/3/2004 |
| GOTHAM KNIGHTS | 3,391,795 | 3/4/2008 |
| JIMMY OLSEN | 1,190,637 | 2/23/1982 |
| JOKER | 1,052,503 | 11/9/1976 |
| KRYPTO | 1,168,306 | 9/8/1981 |
| KRYPTO THE SUPERDOG | 3,061,112 | 2/21/2006 |

| | | |
|---|---|---|
| KRYPTO THE SUPERDOG | 3,018,682 | 11/22/2005 |
| KRYPTO THE SUPERDOG & S in Shield & Rep (in Flying Cape) | 3,066,745 | 3/7/2006 |
| KRYPTONITE | 1,239,506 | 5/24/1983 |
| KRYPTONITE | 2,656,768 | 12/3/2002 |
| LEX LUTHOR | 1,634,007 | 2/5/1991 |
| LEX LUTHOR | 2,802,600 | 1/6/2004 |
| LOIS & CLARK | 3,355,918 | 12/18/2007 |
| LOIS LANE | 2,781,372 | 11/11/2003 |
| LOIS LANE | 1,184,702 | 1/5/1982 |
| MAN OF STEEL | 2,226,436 | 2/23/1999 |
| MR. FREEZE | 2,157,292 | 5/12/1998 |
| PERRY WHITE | 1,184,703 | 1/5/1982 |
| ROBIN | 1,294,617 | 9/11/1984 |
| ROBIN | 1,930,901 | 10/31/1995 |
| Robin Rep II | 1,279,991 | 5/29/1984 |
| S Logo | 1,197,814 | 6/15/1982 |
| S Logo | 1,182,041 | 12/15/1981 |
| S Logo | 1,199,552 | 6/29/1982 |
| S Logo | 1,199,630 | 6/29/1982 |
| S Logo | 1,182,172 | 12/15/1981 |
| S Logo | 1,189,376 | 2/9/1982 |
| S Logo | 1,184,881 | 1/5/1982 |
| S Logo | 1,199,690 | 6/29/1982 |
| S Logo | 1,179,537 | 11/24/1981 |
| S Logo | 2,226,415 | 2/23/1999 |
| S Logo | 2,211,378 | 12/15/1981 |
| S Logo (black) | 1,140,418 | 10/14/1980 |

Disney, et al. v. Shih (Auto Mates): [Proposed] Preliminary Injunction

- 30 -

| S Logo (black) | 1,173,150 | 10/13/1981 |
|---|---|---|
| SUPERGIRL | 2,023,091 | 12/6/2005 |
| SUPERGIRL | 2,943,882 | 4/26/2005 |
| SUPERGIRL | 1,238,334 | 5/17/1983 |
| SUPERGIRL in Telescopic | 414,623 | 6/19/1945 |
| SUPERMAN | 3,615,518 | 5/5/2009 |
| SUPERMAN | 1,070,290 | 7/26/1977 |
| SUPERMAN | 648,647 | 7/16/1957 |
| SUPERMAN | 1,184,822 | 1/5/1982 |
| SUPERMAN | 1,175,907 | 11/3/1981 |
| SUPERMAN | 1,180,068 | 12/1/1981 |
| SUPERMAN | 1,209,668 | 9/21/1982 |
| SUPERMAN | 1,182,947 | 12/22/1981 |
| SUPERMAN | 1,186,803 | 1/19/1982 |
| SUPERMAN | 1,183,841 | 12/29/1981 |
| SUPERMAN | 1,189,393 | 2/9/1982 |
| SUPERMAN | 1,248,822 | 8/23/1983 |
| SUPERMAN | 1,216,976 | 11/16/1982 |
| SUPERMAN | 1,181,536 | 12/8/1981 |
| SUPERMAN | 1,221,718 | 12/28/1982 |
| SUPERMAN | 2,204,195 | 11/17/1998 |
| SUPERMAN | 2,419,510 | 1/9/2001 |
| SUPERMAN in Telescopic | 1,185,526 | 1/12/1982 |
| SUPERMAN in Telescopic | 1,183,809 | 12/29/1981 |
| SUPERMAN in Telescopic | 1,185,853 | 1/12/1982 |
| SUPERMAN in Telescopic | 1,189,355 | 2/9/1982 |
| SUPERMAN in Telescopic | 1,200,394 | 7/6/1982 |
| SUPERMAN in Telescopic | 1,220,896 | 12/21/1982 |

| | | |
|---|---|---|
| SUPERMAN in Telescopic | 1,182,226 | 12/15/1981 |
| SUPERMAN in Telescopic | 1,209,863 | 9/21/1982 |
| SUPERMAN in Telescopic | 1,218,552 | 11/30/1982 |
| SUPERMAN in Telescopic | 1,181,537 | 12/8/1981 |
| SUPERMAN in Telescopic | 2,226,026 | 2/23/1999 |
| SUPERMAN in Telescopic & Chains Rep II (Midrift) | 391,821 | 11/25/1941 |
| SUPERMAN in Telescopic (By Assignment) | 371,803 | 10/10/1939 |
| SUPERMAN in Telescopic (color) | 1,108,577 | 12/12/1978 |
| Superman Rep III (Running) | 1,180,292 | 12/1/1981 |
| Superman Rep III (Running) | 1,178,048 | 11/17/1981 |
| Superman Rep IV (Hands on Hips) | 1,201,149 | 7/13/1982 |
| Superman Rep IX (Flying Figure) | 1,200,387 | 7/6/1982 |
| Superman Rep V (Running) | 1,209,743 | 9/21/1982 |
| Superman Rep VI (Flying Figure) | 1,201,167 | 7/13/1982 |
| Superman Rep VII (Stepping-Up) | 1,235,769 | 4/26/1983 |
| Superman Rep VIII (Flying Figure) | 1,229,321 | 3/8/1983 |
| Superman Rep X (Standing Clenched Fists | 1,200,233 | 7/6/1982 |
| SUPERMAN RIDE OF STEEL | 2,485,624 | 9/4/2001 |
| THE DARK KNIGHT | 3,680,537 | 9/8/2009 |
| THE DARK KNIGHT | 3,690,538 | 9/8/2009 |
| THE DARK KNIGHT | 3,680,539 | 9/8/2009 |
| THE DARK KNIGHT | 1,458,274 | 9/22/1987 |
| The Joker Rep | 1,256,974 | 11/8/1983 |
| THE MAN OF STEEL | 1,433,864 | 3/24/1987 |
| The Penguin Rep III (Jumping) | 1,236,489 | 5/3/1983 |
| TWO FACE | 2,009,805 | 10/22/1996 |

| WONDER WOMAN | 1,221,717 | 12/28/1982 |
|---|---|---|
| WONDER WOMAN | 1,388,425 | 4/1/1986 |
| WONDER WOMAN Logo | 820,334 | 12/13/1966 |
| WONDER WOMAN Logo II | 395,739 | 6/9/1942 |
| Wonder Woman Rep III | 1,236,490 | 5/3/1983 |

**EXHIBIT G**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT G

# SANRIO CO.'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| TX 3-769-888 | SANRIO 1993 Product and Sales Promotion Catalog | Literary Work |
| VAu 684-322 | Sanrio 2005 Character Guide | Graphic Artwork |
| VA 1-303-874 | Character Merchandising | Collective work of artwork, text and photos |
| VA 1-296-115 | 2004 – 100 Characters | Graphic Artwork |
| VA 811-440 | Bad Badtz Maru | Graphic Artwork |
| VAu 498-617 | Chococat | Art original |
| VA 130-420 | Hello Kitty | Graphic Artwork |
| VA 636-579 | KeroKeroKeroppi | Sticker Book |
| VA 707-212 | KeroKeroKeroppi | Pictorial Cartoon Drawing |
| VA 246-421 | Little Twin Stars | Stickers |
| VA 840-495 | Monkichi | Graphic Artwork |
| VA 130-419 | My Melody | Graphic Artwork |
| VA 130-421 | Patty & Jimmy | Graphic Artwork |
| VA 636-582 | Pekkle | Graphic Artwork |
| VA 840-496 | Picke Bicke | Graphic Artwork |
| VA 636-580 | Pochaco | Sticker Book |
| VA 148-625 | Tuxedo Sam | Stickers |
| VA 840-494 | Winkipinki | Graphic Artwork |
| VA 636-581 | Zashikibuta | Stickers |
| VA 1-352-721 | Keroppi / Little Frog…Big Splash | Visual Material |
| Vau 1-078-385 | Sanrio 2010 Character Guide | Visual Material |

**EXHIBIT  H**

## EXHIBIT H

## SANRIO CO.'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,842,707 | 5/18/04 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,707,592 | 4/15/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,705,164 | 4/8/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,714,130 | 5/6/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,952,043 | 5/17/05 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,845,315 | 5/25/04 |
| Hello Kitty | Design Only | 1,200,083 | 7/6/82 |
| Hello Kitty | Design Only | 1,277,721 | 5/15/84 |
| Hello Kitty | Typed Drawing | 1,215,436 | 11/9/82 |
| Hello Kitty | Typed Drawing | 1,279,486 | 5/29/84 |
| Hello Kitty | Typed Drawing | 1,391,550 | 4/29/86 |
| Hello Kitty | Design Only | 1,370,105 | 11/12/85 |
| Keroppi | Standard Character Mark | 3,531,383 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,350 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,531,382 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,349 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,436,548 | 5/27/08 |

| | | | |
|---|---|---|---|
| Keroppi | Standard Character Mark | 3,181,348 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,181,347 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,449,938 | 6/17/08 |
| Keroppi | Standard Character Mark | 3,531,381 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,531,380 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,346 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,423,288 | 5/6/08 |
| Keroppi | Standard Character Mark | 3,181,345 | 12/5/06 |
| Little Twin Stars | Typed Drawing | 1,341,864 | 6/18/85 |
| Little Twin Stars | Typed Drawing | 1,192,946 | 4/6/82 |
| Little Twin Stars | Standard Character Mark | 3,245,999 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,998 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,997 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,994 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,993 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,992 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,991 | 5/29/07 |
| Monkichi | Standard Character Mark | 3,699,381 | 10/20/09 |
| My Melody | Typed Drawing | 1,305,637 | 11/20/84 |
| My Melody | Typed Drawing | 1,210,192 | 9/28/82 |
| Pekkle | Typed Drawing | 2,053,346 | 4/15/97 |
| Pochacco | Typed Drawing | 2,236,507 | 4/6/99 |

| | | | |
|---|---|---|---|
| Pochacco | Typed Drawing | 1,985,358 | 7/9/96 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,506,705 | 11/13/01 |
| Sanrio | Typed Drawing | 2,506,577 | 11/13/01 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,721,680 | 6/3/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,742,381 | 7/29/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,721,679 | 6/3/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,693,639 | 3/4/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,696,063 | 3/11/03 |
| KEROKEROKEROPPI | Standard Character Mark | 3,531,378 | 11/11/2008 |
| KEROKEROKEROPPI | Standard Character Mark | 3,531,376 | 11/11/2008 |
| Bow | Design only | 3,260,857 | 7/10/2007 |
| Bow | Design only | 3,359,800 | 12/25/2007 |
| Bow | Design only | 3,359,801 | 12/25/2007 |
| Bow | Design only | 3,272,377 | 7/31/2007 |
| Bow | Design only | 3,260,860 | 7/10/2007 |
| Bow | Design only | 3,362,512 | 1/1/2008 |
| Bow | Design only | 3,348,608 | 12/4/2007 |
| Bow | Design only | 3,249,704 | 6/5/2007 |
| Bow | Design only | 3,362,514 | 1/1/2008 |
| Bow | Design only | 3,359,799 | 12/25/2007 |

| Bow | Design only | 3,260,858 | 7/10/2007 |
|---|---|---|---|
| Bow | Design only | 3,445,304 | 6/10/2008 |
| Bow | Design only | 3,260,859 | 7/10/2007 |
| Bow | Design only | 3,359,802 | 12/25/2007 |
| Bow | Design only | 3,260,861 | 7/10/2007 |
| Bow | Design only | 3,253,794 | 6/19/2007 |
| Bow | Design only | 3,260,862 | 7/10/2007 |
| Outline of Hello Kitty | Design only | 3,666,736 | 8/11/2009 |
| Outline of Hello Kitty | Design only | 3,756,724 | 3/9/2010 |
| Outline of Hello Kitty | Design only | 3,751,315 | 2/23/2010 |
| Outline of Hello Kitty | Design only | 3,868,138 | 10/26/2010 |
| Outline of Hello Kitty | Design only | 3,756,725 | 3/9/2010 |
| Outline of Hello Kitty | Design only | 3,666,736 | 8/11/2009 |
| Outline of Hello Kitty | Design only | 3,679,187 | 9/8/2009 |
| Outline of Hello Kitty | Design only | 3,865,208 | 10/19/2010 |

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the below-entitled cause. I am employed by a member of the Bar of the United States District Courts of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On July 10, 2012, I served the:

JOINT STIPULATION RE PRELIMINARY INJUNCTION
[PROPOSED] PRELIMINARY INJUNCTION

for the following civil action:

Disney Enterprises, Inc., et al v. Sophia Shih, et al.

on the following interested parties in this action:

| Sophia Shih a/k/a Sophia Shi, an individual and d/b/a Auto Mates and Auto Mates and More<br>Puente Hills Mall<br>1600 Azusa Ave., Suite 150<br>City of Industry, CA 91748 | *Courtesy Copy to*:<br>Dann L. Duncan<br>Law Office of Dann L. Duncan<br>136 North Grand Avenue #318<br>P.O. Box 4308<br>West Covina, California 91791 |
|---|---|

by placing a true and correct copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service may be presumed invalid if the postal cancellation date or postage meter is more than one day after the date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California.
Executed on July 10, 2012, at Glendale, California.

Katrina Bartolome