JS-6

cc: Fiscal Section

1    J. Andrew Coombs (SBN 123881)
     *andy@coombspc.com*
2    Annie S. Wang (SBN 243027)
     *annie@coombspc.com*
3    J. Andrew Coombs, A Prof. Corp.
     517 East Wilson Ave., Suite 202
4    Glendale, California 91206
     Telephone:  (818) 500-3200
5    Facsimile:   (818) 500-3201

6    Attorneys for Plaintiffs and Counter-Defendants
     Disney Enterprises, Inc., Warner Bros.
7    Entertainment Inc., DC Comics and Sanrio, Inc. and
     Third-Party Defendant Brand Security Corporation
8

9    Dann L. Duncan (SBN 153259)
     *loodld@yahoo.com*
10   Law Office of Dann L. Duncan
     136 North Grand Avenue #318
11   P.O. Box 4308
     West Covina, California 91791
12   Telephone:  (626) 339-4976
     Facsimile:   (626) 339-4976
13

14   Attorney for Defendant and Counter-Claimant
     Sophia Shih a/k/a Sophia Shi, an individual and
15   d/b/a Auto Mates and Auto Mates and More

16                   UNITED STATES DISTRICT COURT

17                  CENTRAL DISTRICT OF CALIFORNIA

18
     Disney Enterprises, Inc., Warner Bros.      )   Case No. CV12-5601 ABC (OPx)
19   Entertainment Inc., DC Comics and           )
     Sanrio, Inc.,                               )   [PROPOSED] CONSENT
20                                               )   DECREE AND PERMANENT
                                Plaintiffs,      )   INJUNCTION
21              V.                               )
                                                 )
22   Sophia Shih a/k/a Sophia Shi, an            )
     individual and d/b/a Auto Mates and Auto    )
23   Mates and More and Does 1 – 10,             )
     inclusive,                                  )
24                                               )
                                Defendants.      )
25                                               )
     _____        )
26   ALL RELATED CLAIMS                          )

27

28

     DEI, et al. v. Shih: Joint Stipulation for Entry of Consent Decree       - 1 -

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Disney Enterprises, Inc. ("DEI"), Warner Bros. Entertainment Inc. ("Warner Bros."), DC Comics and Sanrio, Inc. ("Sanrio") (collectively "Plaintiffs"), Brand Security Corporation ("BSC") and Defendant Sophia Shih a/k/a Sophia Shi, an individual and d/b/a Auto Mates and Auto Mates and More ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338.

2)      DEI owns or controls the copyright, trademark and/or pertinent exclusive right to distribute or license the distribution of products incorporating its animated or live action characters or other logos subject to the copyright registrations listed in Exhibit "A" and/or the trademark registrations listed in Exhibit "B" attached hereto and incorporated herein by this reference (the "DEI Properties").

3)      Warner Bros. Entertainment Inc. owns or controls the copyright, trademark and/or pertinent exclusive right to distribute or license the distribution of products incorporating its animated or live action characters or other logos subject to the copyright registrations listed in Exhibit "C" and/or the trademark registrations listed in Exhibit "D" attached hereto and incorporated herein by this reference (the "Warner Bros. Properties").

4)       DC Comics owns or controls the copyright, trademark and/or pertinent exclusive right to distribute or license the distribution of products incorporating its animated or live action characters or other logos subject to the copyright registrations

listed in Exhibit "E" and/or the trademark registrations listed in Exhibit "F" attached hereto and incorporated herein by this reference (the "DC Comics Properties").

5)     Sanrio owns or controls the copyright, trademark and/or pertinent exclusive right to distribute or license the distribution of products incorporating its animated or live action characters or other logos subject to the copyright registrations listed in Exhibit "G" and/or the trademark registrations listed in Exhibit "H" attached hereto and incorporated herein by this reference (the "Sanrio Properties").  The DEI Properties, Warner Bros. Properties, DC Comics Properties, and Sanrio Properties are collectively referred to as Plaintiffs' Properties.

6)     Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

7)     Defendant and her agents, servants, employees and all persons in active concert and participation with her who receive actual notice of the injunction are hereby restrained and enjoined from – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, or materially contributing to in any manner, from:

a)     Infringing Plaintiffs' copyrights and trademarks in Plaintiffs' Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, offering for sale, any unauthorized product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically:

i)  Importing, manufacturing, distributing, advertising, selling, offering for sale, the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of  or bear a substantial similarity to any of Plaintiffs' Properties;

ii)  Importing, manufacturing, distributing, advertising, selling, offering for sale, in connection thereto any unauthorized promotional

materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant herself is connected with Plaintiffs, is sponsored, approved or licensed by Plaintiffs, or is affiliated with Plaintiffs; or

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs'.

8) Each side shall bear its own fees and costs of suit.

9) Except as provided herein, all claims alleged in the Complaint as to Defendant are dismissed with prejudice.

10) The claims for relief, and each of them, alleged by Defendant against Plaintiffs, BSC, Shannon Enox and Michael Chapman, in the "Counterclaim" filed on or about July 30, 2012, as Docket No. 27, shall be dismissed with prejudice, in its entirety.

11) Defendant confirms the seizure that took place on July 2, 2012, and Plaintiffs are given leave to destroy or otherwise dispose of the goods seized.

12) The Bond re Defendant (No. 105777926) in the amount of Five Thousand Dollars ($5,000.00) filed by Plaintiffs in connection with the temporary restraining order and order for seizure and impoundment is exonerated and discharged, and the surety on said undertaking shall have no further liability in connection therewith whatsoever.

13)   This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

14)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

15)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

16)   The above-captioned action, shall, upon filing by Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should either Parties default under the terms of the Settlement Agreement.

17)   This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: 9/24/12

_____
Hon. Audrey B. Collins
United States District Chief Judge

PRESENTED BY:
J. Andrew Coombs, A Prof. Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiffs and Counter-Defendants
Disney Enterprises, Inc., Warner Bros.
Entertainment Inc., DC Comics and Sanrio, Inc.
and Third-Party Defendant Brand Security Corporation

1 | Law Office of Dann L. Duncan

2

3 | By: _____

4 |        Dann L. Duncan
    Attorney for Defendant and Counter-Claimant
    Sophia Shih a/k/a Sophia Shi, an individual and

5 |     d/b/a Auto Mates and Auto Mates and More

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## DEI'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 85 651 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | **Snow White and the Seven Dwarfs** | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |

| R 346 876 | Grumpy | Drawings |
|---|---|---|
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | **Pinocchio** | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | **Fantasia** | Motion Picture |
| R 433 627 | **The Reluctant Dragon** | Motion Picture |
| R 442 538 | **Dumbo** | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | **Bambi** | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | **Saludos Amigos** | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | **The Three Caballeros** | Motion Picture |
| R 550 316 | **Make Mine Music** | Motion Picture |
| R 557 922 | **Song of the South** | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | **Fun and Fancy Free** | Motion Picture |
| R 605 180 | **Melody Time** | Motion Picture |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** | Motion Picture |
| R 648 396 | **Cinderella** | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | **Alice in Wonderland** | Motion Picture |

| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
|---|---|---|
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
| VA 58 921 | Alice – 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | **Peter Pan** | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | **Lady and the Tramp** | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | **Sleeping Beauty** | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | **One Hundred and One Dalmatians** | Motion Picture |
| RE 546 478 | **The Sword in the Stone** | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | **Mary Poppins** | Motion Picture |
| RE 705 510 | **The Jungle Book** | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | **The Aristocats** | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| VA 1-099-033 | Marie Valentine Spring 2002 | Style Guide |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | **Robin Hood** | Motion Picture |

| | | |
|---|---|---|
| Gu 46 582 | Robin Hood | Drawing |
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |

| VAu 104 921 | Dodger Construction Sheets | Model Sheet |
|---|---|---|
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |

| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
|---|---|---|
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | **The Lion King** | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - | Model Sheet |

| | | |
|---|---|---|
| | Frollo | |
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| PA 901 890 | **A Bug's Life*** | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2  - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |

| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |
|---|---|---|
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Sheet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emperor's New Groove** | Motion Picture |
| VA 999 573 | Emporer's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| PA 1-250-536 | **The Incredibles** | Motion Picture |
| VA 1-242-351 | The Incredibles | Style Guide |
| PA 1-322-908 | **Cars** | Motion Picture |
| VA 1-326-323 | Cars – Style Guide | Style Guide |
| VA 1-403-647 | Hannah Montana – Branding Guide | Style Guide |
| PA 659-601 | **Tim Burton's The Nightmare Before Christmas** | Motion Picture |
| PA 1-313-530 | **High School Musical** | Motion Picture |
| VA 1-405-082 | High School Musical – Branding Guide | Style Guide |
| PA 1-627-575 | **Hannah Montana the Movie** | Motion Picture |
| PA 1-635-067 | **Up** | Motion Picture |
| PA 1-641-991 | **G-Force** | Motion Picture |
| PA 1-606-305 | **Wall-E** | Motion Picture |
| VA 1-663-815 | Wall-E – Branding and Supplement Style Guide RSM 2008 | Style Guide |
| PA 1-598-561 | **High School Musical 2** | Motion Picture |
| VA 1-651-813 | High School Musical 2 – Summer 2008 Style Guide Supplement | Style Guide |
| PA 1-613-593 | **High School Musical 3: Senior Year** | Motion Picture |
| VA 1-655-713 | Beverly Hills Chihuahua | One Sheet |
| PA 1-611-956 | **Beverly Hills Chihuahua** | Motion Picture |
| Pau 2-921-728 | Little Mermaid III: Ariel's Beginning | Screenplay |
| VA 515-038 | Little Mermaid III: Ariel's Beginning | Comic Book |
| PA 1-623-231 | **Bedtime Stories** | Motion Picture |
| PA 1-588-972 | **Underdog** | Motion Picture |
| PA 1-595-126 | **Enchanted** | Motion Picture |
| PA 1-332-118 | **Meet the Robinsons** | Motion Picture |
| VA 1-358-218 | Meet the Robinsons—Style Guide | Style Guide |
| PA 1-122-518 | **Cinderella II : Dreams come true /** | Motion Picture |

| | | |
|---|---|---|
| | **produced by Walt Disney Television Animation ; directed by John Kafka** | |
| PA 1-612-331 | **Cinderella III: A Twist in Time** | Motion Picture |
| PA 1-611-943 | **Tinker Bell** | Motion Picture |
| PA 1-617-950 | **Bolt** | Motion Picture |
| VA 1-663-828 | Bolt – Fall/Winter Style Guide 2008 | Style Guide |
| PA 1-688-323 | **Toy Story 3** | Motion Picture |
| VA 1-800-737 | Toy Story 3: GC Product Dev – Style Guide – Spring/Summer 2010 | Style Guide |

# EXHIBIT B

# DEI'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Mickey Mouse | Typed Drawing | 3,115,395 | 7/11/2006 |
| Mickey Mouse | Standard Character Mark | 3,767,849 | 3/30/2010 |
| Mickey Mouse | Typed Drawing | 3,006,349 | 10/11/2005 |
| Mickey Mouse | Typed Drawing | 0,315,056 | 7/17/1934 |
| Mickey Mouse | Standard Character Mark | 3,750,188 | 2/16/2010 |
| Mickey Mouse | Typed Drawing | 1,152,389 | 4/28/1981 |
| Mickey Mouse | Design Only | 2,704,887 | 4/8/2003 |
| Mickey Mouse Head Device | Design Only | 2,781,693 | 11/11/2003 |
| Minnie Mouse | Typed Drawing | 3,102,338 | 6/06/2006 |
| Minnie Mouse | Design Only | 2,700,619 | 3/25/2003 |
| Minnie Mouse | Standard Character Mark | 3,767,850 | 3/30/2010 |
| Minnie Mouse | Standard Character Mark | 3,740,338 | 1/19/2010 |
| Minnie Mouse | Typed Drawing | 3,002,502 | 9/27/2005 |
| Pluto | Typed Drawing | 1,152,383 | 4/28/1981 |
| Pluto | Design Only | 2,707,323 | 4/15/2003 |
| Goofy | Typed Drawing | 1,159,124 | 6/30/1981 |
| Goofy | Design Only | 2,721,608 | 6/3/2003 |
| Donald Duck | Typed Drawing | 1,161,868 | 7/21/1981 |
| Donald Duck | Design Only | 2,700,620 | 3/25/2003 |

| Donald Duck | Typed Drawing | 3,150,077 | 9/26/2006 |
|---|---|---|---|
| Daisy Duck | Design Only | 2,704,890 | 4/8/2003 |
| Disney | Typed Drawing | 1,162,727 | 7/28/1981 |
| Disney | Typed Drawing | 3,490,082 | 8/19/2008 |
| Disney Princess | Standard Character Mark | 3,459,442 | 7/1/2008 |
| Walt Disney | Typed Drawing | 1,141,312 | 11/11/1980 |
| Walt Disney Signature | Standard Character Mark | 3,584,878 | 3/3/2009 |
| Winnie the Pooh | Typed Drawing | 3,024,287 | 12/6/2005 |
| Pooh | Design Only | 2,704,888 | 4/8/2003 |
| Pooh | Typed Drawing | 3,395,652 | 3/11/2008 |
| Piglet | Standard Character Mark | 4,118,780 | 3/27/2012 |
| Piglet | Design Only | 2,700,618 | 3/25/2003 |
| Tigger | Design Only | 2,860,445 | 7/6/2004 |
| Eeyore | Design Only | 3,591,616 | 3/17/2009 |
| Eeyore | Typed Drawing | 3,464,628 | 7/8/2008 |
| Eeyore | Standard Character Mark | 3,658,573 | 7/21/2009 |
| Walt Disney's Cinderella | Design Plus Words, Letters, and/or Numbers | 3,057,988 | 2/7/2006 |
| Walt Disney's Snow White & the Seven Dwarfs | Design Plus Words, Letters, and/or Numbers | 2,891,463 | 10/5/2004 |
| Walt Disney's Sleeping Beauty | Design Plus Words, Letters, and/or Numbers | 2,895,966 | 10/19/2004 |
| Sleeping Beauty | Standard Character Mark | 3,775,134 | 4/13/2010 |
| Peter Pan | Standard Character Mark | 3,745,492 | 2/2/2010 |

| | | | |
|---|---|---|---|
| Walt Disney's Peter Pan | Design Plus Words, Letters, and/or Numbers | 2,895,967 | 10/19/2004 |
| Peter Pan | Standard Character Mark | 3,662,111 | 7/28/2009 |
| Tinker Bell | Standard Character Mark | 3,648,929 | 7/20/2006 |
| Tinker Bell | Standard Character Mark | 3,636,910 | 6/9/2009 |
| Tinker Bell | Design Only | 3,624,833 | 5/19/2009 |
| Tink | Typed Drawing | 3,734,512 | 1/5/2010 |
| Hannah Montana | Standard Character Mark | 3,478,026 | 7/29/2008 |
| Hannah Montana | Standard Character Mark | 3,413,555 | 4/15/2008 |
| Hannah Montana | Standard Character Mark | 3,473,757 | 7/22/2008 |
| Hannah Montana | Standard Character Mark | 3,413,552 | 4/15/2008 |
| Lilo & Stitch | Typed Drawing | 2,811,097 | 2/3/2004 |
| Lilo & Stitch | Typed Drawing | 2,845,107 | 5/25/2004 |
| Pinocchio | Standard Character Mark | Serial Number 77618061 | n/a |
| Pinocchio | Standard Character Mark | Serial Number 77625073 | n/a |
| Cars | Design Plus Words, Letters, and/or Numbers | 3,358,115 | 12/18/2007 |
| Cars | Design Plus Words, Letters, and/or Numbers | 3,178,664 | 11/28/2006 |
| Lightning McQueen | Standard Character Mark | 3,370,157 | 1/15/2008 |
| Mater | Standard Character Mark | 3,406,600 | 4/1/2008 |
| Rust-Eze | Standard Character Mark | 3,294,617 | 9/18/2007 |
| Doc Hudson | Standard Character Mark | 3,321,900 | 10/23/2007 |
| Toy Story | Typed Drawing | 2,520,404 | 12/18/2001 |

| | | | |
|---|---|---|---|
| Toy Story | Standard Character Mark | 3,971,114 | 5/31/2011 |
| Ariel | Standard Character Mark | 3,814,910 | 7/6/2010 |
| Beauty and the Beast | Typed Drawing | 2,961,693 | 6/14/2005 |
| Princess Jasmine | Standard Character Mark | 3,998,366 | 7/19/2011 |
| Princess Jasmine | Standard Character Mark | Serial Number 85,182,806 | n/a |
| High School Musical | Standard Character Mark | 3,506,572 | 9/23/2008 |
| High School Musical | Standard Character Mark | 3,433,096 | 5/20/2008 |
| High School Musical | Standard Character Mark | 3,420,394 | 10/24/2006 |
| High School Musical | Standard Character Mark | 3,469,823 | 7/15/2008 |
| Meet the Robinsons | Standard Character Mark | 3,420,082 | 4/29/2008 |
| Meet the Robinsons | Standard Character Mark | 3,354,473 | 12/11/2007 |
| The Cheetah Girls | Standard Character Mark | 3,252,269 | 6/12/2007 |
| Walt Disney Pictures Presents The Wild | Standard Character Mark | 3,389,689 | 2/26/2008 |
| Disney Bolt | Standard Character Mark | 3,648,251 | 6/30/2009 |
| Disney Bolt | Standard Character Mark | 3,604,222 | 4/7/2009 |
| Wall-E | Standard Character Mark | 3,686,824 | 9/22/2009 |
| Wall-E | Standard Character Mark | 3,528,986 | 11/4/2008 |
| Handy Manny | Standard Character Mark | 3,276,261 | 8/7/2007 |
| Handy Manny | Standard Character Mark | 3,643,979 | 6/23/2009 |

# EXHIBIT C

## WARNER BROS.' COPYRIGHTED DESIGNS

| Copyright Registration | Title Of Work (Character) | Type of Work |
|---|---|---|
| TXU 550963 | Bugs Bunny (1992) | Style Guide |
| TXU 550472 | Sylvester (1992) | Style Guide |
| TXU 550958 | Sylvester Jr. (1992) | Style Guide |
| TXU 550444 | Taz-Mania (1991) | Style Guide |
| TXU 550812 | Tweety (1992) | Style Guide |
| TXU 550953 | Wile E. Coyote (1992) | Style Guide |
| TXU 550962 | Yosemite Sam (1992) | Style Guide |
| TXU 550471 | Acme Road Gear (1992) | Style Guide |
| TXU-550463 | Daffy Duck (1992) | Style Guide |
| TXU 550960 | Elmer Fudd (1992) | Style Guide |
| TXU 550470 | Looney Tunes Guidelines (1992) | Style Guide |
| TXU 550961 | Marc Antony & Pussyfoot (1992) | Style Guide |
| TXU 550959 | Marvin The Martian (1992) | Style Guide |
| TXU 550957 | Pepe Le Pew & Penelope (1992) | Style Guide |
| TXU 551162 | Porky Pig & Petunia Pig (1992) | Style Guide |
| TXU 550955 | Road Runner (1992) | Style Guide |
| TXU 550964 | Speedy Gonzales (1992) | Style Guide |
| TXU 557335 | Tasmanian Devil (1992) | Style Guide |
| TXU 568671 | The Warner Brothers (1992) | Style Guide |

**EXHIBIT D**

**WARNER BROS. TRADEMARKS**

| Trademark Name | Registration No | Reg. Date |
|---|---|---|
| BUGS BUNNY | 950381 | 9-Jan-1973 |
| BUGS BUNNY | 2046053 | 18-Mar-1997 |
| DAFFY DUCK | 1998415 | 3-Sept-1996 |
| ELMER FUDD | 1997173 | 27-Aug-1996 |
| LOONEY TUNES | 1574797 | 2-Jan-1990 |
| PORKY PIG | 2062712 | 20-May-1997 |
| ROAD RUNNER | 2000037 | 10-Sept-1996 |
| TASMANIAN DEVIL | 2033589 | 28-Jan-1997 |
| TWEETY | 1997174 | 27-Aug-1996 |
| BUGS BUNNY | 1235144 | 19-Apr-1983 |
| BUGS BUNNY | 2046053 | 18-Mar-1997 |
| BUGS BUNNY | 1065358 | 10-May-1977 |
| BUGS BUNNY | 0950381 | 09-Jan-1973 |
| BUGS BUNNY | 1872565 | 10-Jan-1995 |
| BUGS BUNNY | 1280858 | 05-Jun-1984 |
| BUGS BUNNY | 1869300 | 27-Dec-1994 |

| | | |
|---|---|---|
| BUGS BUNNY | 2030106 | 14-Jan-1997 |
| BUGS BUNNY | 1280778 | 05-Jun-1984 |
| Bugs Bunny Head Rep I | 0966881 | 28-Aug-1973 |
| Bugs Bunny Head Rep III | 1291403 | 21-Aug-1984 |
| Bugs Bunny Rep IX (Cool Bunny w/ Carrot) | 1873919 | 17-Jan-1995 |
| Bugs Bunny Rep IX (Cool Bunny w/ Carrot) | 1872300 | 10-Jan-1995 |
| Bugs Bunny Rep XII (Carrot, Jacket, Bow Tie) | 1293720 | 11-Sep-1984 |
| Bugs Bunny Rep XIII (Mouth Open, Hands on Hips) | 2775393 | 21-Oct-2003 |
| DAFFY DUCK | 1869296 | 27-Dec-1994 |
| DAFFY DUCK | 1872619 | 10-Jan-1995 |
| DAFFY DUCK | 1290368 | 14-Aug-1984 |
| DAFFY DUCK | 1873922 | 17-Jan-1995 |
| DAFFY DUCK | 1998415 | 03-Sep-1996 |
| Daffy Duck Head Rep | 1286233 | 17-Jul-1984 |
| Daffy Duck Rep V (Hands on Hips) | 1879823 | 21-Feb-1995 |
| Daffy Duck Rep VII (Leaning Right) | 1916145 | 05-Sep-1995 |
| Daffy Duck Rep VIII (Swinging Left) | 3005978 | 11-Oct-2005 |
| Daffy Duck Rep XIV | 1294387 | 11-Sep-1984 |
| ELMER FUDD | 1997173 | 27-Aug-1996 |

| | | |
|---|---|---|
| ELMER FUDD | 2017978 | 19-Nov-1996 |
| ELMER FUDD | 1916032 | 05-Sep-1995 |
| Elmer Fudd Rep a | 1916170 | 05-Sep-1995 |
| Elmer Fudd Rep V (Smiling, Waving) | 1873920 | 17-Jan-1995 |
| FLIX FROM THE FROG | 2975170 | 26-Jul-2005 |
| FOGHORN LEGHORN | 1914590 | 29-Aug-1995 |
| Foghorn Leghorn Rep | 1873923 | 17-Jan-1995 |
| Foghorn Leghorn Rep II | 1898748 | 13-Jun-1995 |
| GOSSAMER | 2199970 | 27-Oct-1998 |
| LOLA BUNNY | 2530472 | 15-Jan-2002 |
| LOONEY TUNES | 1574797 | 02-Jan-1990 |
| LOONEY TUNES | 1297890 | 25-Sep-1984 |
| LOONEY TUNES | 1300078 | 16-Oct-1984 |
| LOONEY TUNES & Target w/ Bugs Bunny Logo (WB in Shield) | 2257588 | 29-Jun-1999 |
| LOONEY TUNES BACK IN ACTION | 2949693 | 10-May-2005 |
| LOONEY TUNES BACK IN ACTION | 2839227 | 04-May-2004 |
| Looney Tunes Theme Song  (sound mark) | 2469364 | 17-Jul-2001 |
| Looney Tunes Theme Song (sound mark) | 2471345 | 24-Jul-2001 |
| MARVIN THE MARTIAN | 1872563 | 10-Jan-1995 |

| | | |
|---|---|---|
| MARVIN THE MARTIAN | 2502729 | 30-Oct-2001 |
| Marvin the Martian Head Rep II | 1888336 | 11-Apr-1995 |
| Marvin the Martian Rep II | 1872564 | 10-Jan-1995 |
| Michigan J. Frog Rep II (High Step, Tipping Top Hat w/ Cane) | 1873917 | 17-Jan-1995 |
| PEPE LE PEW | 1869694 | 27-Dec-1994 |
| Pepe Le Pew Rep III (By Assignment) | 1871386 | 03-Jan-1995 |
| PORKY PIG | 1873657 | 17-Jan-1995 |
| PORKY PIG | 2062712 | 20-May-1997 |
| PORKY PIG | 1869769 | 27-Dec-1994 |
| Porky Pig Rep VI (Dancing) | 1879821 | 21-Feb-1995 |
| Porky Pig Rep VI (Dancing) | 1879566 | 21-Feb-1995 |
| ROAD RUNNER | 2923084 | 01-Feb-2005 |
| ROAD RUNNER | 1915162 | 29-Aug-1995 |
| ROAD RUNNER | 2000037 | 10-Sep-1996 |
| ROAD RUNNER | 3649919 | 07-Jul-2009 |
| ROAD RUNNER | 3642377 | 23-Jun-2009 |
| ROAD RUNNER & Head Rep (Right Profile) | 1288072 | 31-Jul-1984 |
| ROAD RUNNER & Rep X (stylized) | 2157957 | 19-May-1998 |
| ROAD RUNNER AND WILE E. COYOTE | 2135226 | 10-Feb-1998 |

| | | |
|---|---|---|
| Road Runner Head Rep (Right Profile) | 1288073 | 31-Jul-1984 |
| ROAD RUNNER HIGH SPEED ONLINE Logo | 2847268 | 01-Jun-2004 |
| ROAD RUNNER MESSENGER | 3084143 | 25-Apr-2006 |
| ROAD RUNNER MOBILE | 3868218 | 26-Oct-2010 |
| ROAD RUNNER MOBILE | 3868217 | 26-Oct-2010 |
| ROAD RUNNER PREMIUM | 2966847 | 12-Jul-2005 |
| Road Runner Rep IX (Running) | 1927458 | 17-Oct-1995 |
| Road Runner Rep VII | 1872562 | 10-Jan-1995 |
| ROADRUNNER (By Assignment) | 2246924 | 25-May-1999 |
| SPEEDY GONZALES | 1880420 | 28-Feb-1995 |
| SPEEDY GONZALES | 3028643 | 13-Dec-2005 |
| SPEEDY GONZALES | 2057614 | 29-Apr-1997 |
| SPEEDY GONZALES | 1869768 | 27-Dec-1994 |
| Speedy Gonzales Rep II | 1911156 | 15-Aug-1995 |
| SYLVESTER | 1872567 | 10-Jan-1995 |
| Sylvester & Tweety Design Rep w/ WB in Shield Logo | 1916148 | 05-Sep-1995 |
| Sylvester Rep VI (Standing, Right Hand Up/Back) | 1873921 | 17-Jan-1995 |
| TASMANIAN DEVIL | 2033589 | 28-Jan-1997 |
| TASMANIAN DEVIL | 1998467 | 03-Sep-1996 |

| | | |
|---|---|---|
| TASMANIAN DEVIL | 2913170 | 21-Dec-2004 |
| TASMANIAN DEVIL | 1836849 | 17-May-1994 |
| Tasmanian Devil Rep III (Open Mouth, Jumping) | 1879822 | 21-Feb-1995 |
| Tasmanian Devil Rep III (Open Mouth, Jumping) | 1982818 | 25-Jun-1996 |
| TAZ | 1846790 | 26-Jul-1994 |
| TAZ | 2130049 | 20-Jan-1998 |
| TAZ | 3168693 | 07-Nov-2006 |
| TAZ | 2639890 | 22-Oct-2002 |
| THAT'S ALL FOLKS! | 1489466 | 24-May-1988 |
| THE LOONEY TUNES SHOW | 3990702 | 05-Jul-2011 |
| THE LOONEY TUNES SHOW & Design Logo (Target) | 4067816 | 06-Dec-2011 |
| TWEETY | 1997174 | 27-Aug-1996 |
| TWEETY | 1302779 | 30-Oct-1984 |
| TWEETY | 2552799 | 26-Mar-2002 |
| TWEETY | 1302698 | 30-Oct-1984 |
| TWEETY | 2253249 | 15-Jun-1999 |
| TWEETY | 1869692 | 27-Dec-1994 |
| Tweety Head Rep XIV (Like Rep II) | 1302815 | 30-Oct-1984 |
| Tweety Rep | 1916147 | 05-Sep-1995 |

| | | |
|---|---|---|
| Tweety Rep II | 2045770 | 18-Mar-1997 |
| Tweety Rep VII | 2847306 | 01-Jun-2004 |
| Tweety Rep VII | 2775394 | 21-Oct-2003 |
| Tweety Rep X (Whatever) | 1872569 | 10-Jan-1995 |
| Tweety Rep XIV (Like Rep II) | 1306114 | 20-Nov-1984 |
| Tweety Rep XIV (Like Rep II) | 1291404 | 21-Aug-1984 |
| WB in Shield & FAMILY ENTERTAINMENT on Ribbon & Bugs Bunny Rep (Carrot, Tux Coat) | 1914630 | 29-Aug-1995 |
| WB in Shield & FAMILY ENTERTAINMENT on Ribbon & Bugs Bunny Rep (Carrot, Tux Coat) | 1918429 | 12-Sep-1995 |
| WHAT'S UP DOC? | 1495185 | 05-Jul-1988 |
| WILE E. COYOTE | 1872561 | 10-Jan-1995 |
| Wile E. Coyote Rep VI | 1868427 | 20-Dec-1994 |
| WIRELESS ROAD RUNNER | 2838498 | 04-May-2004 |
| YOSEMITE SAM | 1872568 | 10-Jan-1995 |
| Yosemite Sam Rep VI | 1872566 | 10-Jan-1995 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>EXHIBIT E</u>

## <u>DC COMICS' COPYRIGHTED DESIGNS</u>

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| Txu 1-080-661 | DC Comics Anti-Piracy Guide<br>Batman<br>Robin<br>Superman<br>Wonderwoman<br>Supergirl<br>Justice League | Style Guide |
| VAu 1-059-478 | DC Comics Anti-Piracy Style Guide | Style Guide |
| TX 5-581-762 | Superman | Monthly Publication |
| TX 3-221-758 | Superman | Style Guide |
| TXu-532-372 | DC Comics style guide. | visual arts |

**EXHIBIT F**

**DC COMICS' TRADEMARKS**

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| Bat Emblem | 1,581,725 | 2/6/1990 |
| Bat Emblem | 1,581,593 | 2/6/1990 |
| Bat Emblem | 1,581,659 | 2/6/1990 |
| Bat Emblem | 2,119,266 | 12/9/1997 |
| Bat Emblem (BATMAN BEGINS) | 3,299,017 | 9/25/2007 |
| Bat Emblem (BATMAN BEGINS) | 3,110,604 | 6/27/2006 |
| Bat Emblem (BATMAN BEGINS) | 3,326,043 | 10/30/2007 |
| Bat Emblem (BATMAN BEGINS) | 3,313,612 | 10/16/2007 |
| Bat Rep II | 1,219,120 | 12/7/1982 |
| BATARANG | 3,291,749 | 9/11/2007 |
| BATCAVE | 4,135,575 | 5/1/2012 |
| BATGIRL | 3,070,999 | 3/21/2006 |
| BATLINK | 2,483,295 | 8/28/2001 |
| BATMAN | 856,045 | 9/3/1968 |
| BATMAN | 828,412 | 5/9/1967 |
| BATMAN | 839,561 | 11/28/1967 |
| BATMAN | 858,860 | 10/22/1968 |
| BATMAN | 1,221,720 | 12/28/1982 |
| BATMAN | 1,652,640 | 6/30/1991 |
| BATMAN | 1,622,749 | 11/13/1990 |
| BATMAN | 2,457,655 | 6/5/2001 |
| BATMAN & ROBIN | 2,171,937 | 6/7/1998 |
| BATMAN & ROBIN | 2,404,483 | 11/14/2000 |
| BATMAN & ROBIN | 2,245,040 | 5/11/1999 |

| | | |
|---|---|---|
| BATMAN BEYOND | 2,762,067 | 9/3/2003 |
| BATMAN BEYOND | 2,688,935 | 2/18/2003 |
| BATMAN BEYOND | 2,649,865 | 11/12/2002 |
| BATMAN BEYOND | 2,643,418 | 10/29/2002 |
| BATMAN on Bat Rep | 382,770 | 11/12/1940 |
| BATMAN on Bat Rep II (Side Face) (3D) | 804,709 | 3/1/1966 |
| Batman Rope Rep | 1,262,504 | 12/27/1983 |
| BATMAN THE RIDE | 1,861,233 | 11/1/1994 |
| BATMOBILE | 1,124,961 | 9/11/1979 |
| BATMOBILE (By Assignment) | 1,179,342 | 11/24/1981 |
| BATWING & Bat Emblem (outline) | 2,858,716 | 6/29/2004 |
| CATWOMAN | 3,181,586 | 12/5/2006 |
| CATWOMAN | 1,052,504 | 11/9/1976 |
| CATWOMAN | 1,565,883 | 11/14/1989 |
| CATWOMAN | 1,883,034 | 3/7/1995 |
| CATWOMAN | 1,966,766 | 4/9/1996 |
| DAILY PLANET | 3,018,523 | 11/22/2005 |
| DAILY PLANET | 3,066,593 | 3/7/2006 |
| DAILY PLANET | 3,349,268 | 12/4/2007 |
| DOUBLE W Design | 1,332,090 | 4/23/1985 |
| GOTHAM CENTRAL | 3,391,794 | 3/4/2008 |
| GOTHAM CITY | 3,353,156 | 12/11/2007 |
| GOTHAM GIRLS | 2,868,577 | 8/3/2004 |
| GOTHAM KNIGHTS | 3,391,795 | 3/4/2008 |
| JIMMY OLSEN | 1,190,637 | 2/23/1982 |
| JOKER | 1,052,503 | 11/9/1976 |
| KRYPTO | 1,168,306 | 9/8/1981 |
| KRYPTO THE SUPERDOG | 3,061,112 | 2/21/2006 |

| | | |
|---|---|---|
| KRYPTO THE SUPERDOG | 3,018,682 | 11/22/2005 |
| KRYPTO THE SUPERDOG & S in Shield & Rep (in Flying Cape) | 3,066,745 | 3/7/2006 |
| KRYPTONITE | 1,239,506 | 5/24/1983 |
| KRYPTONITE | 2,656,768 | 12/3/2002 |
| LEX LUTHOR | 1,634,007 | 2/5/1991 |
| LEX LUTHOR | 2,802,600 | 1/6/2004 |
| LOIS & CLARK | 3,355,918 | 12/18/2007 |
| LOIS LANE | 2,781,372 | 11/11/2003 |
| LOIS LANE | 1,184,702 | 1/5/1982 |
| MAN OF STEEL | 2,226,436 | 2/23/1999 |
| MR. FREEZE | 2,157,292 | 5/12/1998 |
| PERRY WHITE | 1,184,703 | 1/5/1982 |
| ROBIN | 1,294,617 | 9/11/1984 |
| ROBIN | 1,930,901 | 10/31/1995 |
| Robin Rep II | 1,279,991 | 5/29/1984 |
| S Logo | 1,197,814 | 6/15/1982 |
| S Logo | 1,182,041 | 12/15/1981 |
| S Logo | 1,199,552 | 6/29/1982 |
| S Logo | 1,199,630 | 6/29/1982 |
| S Logo | 1,182,172 | 12/15/1981 |
| S Logo | 1,189,376 | 2/9/1982 |
| S Logo | 1,184,881 | 1/5/1982 |
| S Logo | 1,199,690 | 6/29/1982 |
| S Logo | 1,179,537 | 11/24/1981 |
| S Logo | 2,226,415 | 2/23/1999 |
| S Logo | 2,211,378 | 12/15/1981 |
| S Logo (black) | 1,140,418 | 10/14/1980 |

| | | |
|---|---|---|
| S Logo (black) | 1,173,150 | 10/13/1981 |
| SUPERGIRL | 2,023,091 | 12/6/2005 |
| SUPERGIRL | 2,943,882 | 4/26/2005 |
| SUPERGIRL | 1,238,334 | 5/17/1983 |
| SUPERGIRL in Telescopic | 414,623 | 6/19/1945 |
| SUPERMAN | 3,615,518 | 5/5/2009 |
| SUPERMAN | 1,070,290 | 7/26/1977 |
| SUPERMAN | 648,647 | 7/16/1957 |
| SUPERMAN | 1,184,822 | 1/5/1982 |
| SUPERMAN | 1,175,907 | 11/3/1981 |
| SUPERMAN | 1,180,068 | 12/1/1981 |
| SUPERMAN | 1,209,668 | 9/21/1982 |
| SUPERMAN | 1,182,947 | 12/22/1981 |
| SUPERMAN | 1,186,803 | 1/19/1982 |
| SUPERMAN | 1,183,841 | 12/29/1981 |
| SUPERMAN | 1,189,393 | 2/9/1982 |
| SUPERMAN | 1,248,822 | 8/23/1983 |
| SUPERMAN | 1,216,976 | 11/16/1982 |
| SUPERMAN | 1,181,536 | 12/8/1981 |
| SUPERMAN | 1,221,718 | 12/28/1982 |
| SUPERMAN | 2,204,195 | 11/17/1998 |
| SUPERMAN | 2,419,510 | 1/9/2001 |
| SUPERMAN in Telescopic | 1,185,526 | 1/12/1982 |
| SUPERMAN in Telescopic | 1,183,809 | 12/29/1981 |
| SUPERMAN in Telescopic | 1,185,853 | 1/12/1982 |
| SUPERMAN in Telescopic | 1,189,355 | 2/9/1982 |
| SUPERMAN in Telescopic | 1,200,394 | 7/6/1982 |
| SUPERMAN in Telescopic | 1,220,896 | 12/21/1982 |

| | | |
|---|---|---|
| SUPERMAN in Telescopic | 1,182,226 | 12/15/1981 |
| SUPERMAN in Telescopic | 1,209,863 | 9/21/1982 |
| SUPERMAN in Telescopic | 1,218,552 | 11/30/1982 |
| SUPERMAN in Telescopic | 1,181,537 | 12/8/1981 |
| SUPERMAN in Telescopic | 2,226,026 | 2/23/1999 |
| SUPERMAN in Telescopic & Chains Rep II (Midrift) | 391,821 | 11/25/1941 |
| SUPERMAN in Telescopic (By Assignment) | 371,803 | 10/10/1939 |
| SUPERMAN in Telescopic (color) | 1,108,577 | 12/12/1978 |
| Superman Rep III (Running) | 1,180,292 | 12/1/1981 |
| Superman Rep III (Running) | 1,178,048 | 11/17/1981 |
| Superman Rep IV (Hands on Hips) | 1,201,149 | 7/13/1982 |
| Superman Rep IX (Flying Figure) | 1,200,387 | 7/6/1982 |
| Superman Rep V (Running) | 1,209,743 | 9/21/1982 |
| Superman Rep VI (Flying Figure) | 1,201,167 | 7/13/1982 |
| Superman Rep VII (Stepping-Up) | 1,235,769 | 4/26/1983 |
| Superman Rep VIII (Flying Figure) | 1,229,321 | 3/8/1983 |
| Superman Rep X (Standing Clenched Fists | 1,200,233 | 7/6/1982 |
| SUPERMAN RIDE OF STEEL | 2,485,624 | 9/4/2001 |
| THE DARK KNIGHT | 3,680,537 | 9/8/2009 |
| THE DARK KNIGHT | 3,690,538 | 9/8/2009 |
| THE DARK KNIGHT | 3,680,539 | 9/8/2009 |
| THE DARK KNIGHT | 1,458,274 | 9/22/1987 |
| The Joker Rep | 1,256,974 | 11/8/1983 |
| THE MAN OF STEEL | 1,433,864 | 3/24/1987 |
| The Penguin Rep III (Jumping) | 1,236,489 | 5/3/1983 |
| TWO FACE | 2,009,805 | 10/22/1996 |

| WONDER WOMAN | 1,221,717 | 12/28/1982 |
|---|---|---|
| WONDER WOMAN | 1,388,425 | 4/1/1986 |
| WONDER WOMAN Logo | 820,334 | 12/13/1966 |
| WONDER WOMAN Logo II | 395,739 | 6/9/1942 |
| Wonder Woman Rep III | 1,236,490 | 5/3/1983 |

# EXHIBIT G

## SANRIO CO.'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| TX 3-769-888 | SANRIO 1993 Product and Sales Promotion Catalog | Literary Work |
| VAu 684-322 | Sanrio 2005 Character Guide | Graphic Artwork |
| VA 1-303-874 | Character Merchandising | Collective work of artwork, text and photos |
| VA 1-296-115 | 2004 – 100 Characters | Graphic Artwork |
| VA 811-440 | Bad Badtz Maru | Graphic Artwork |
| VAu 498-617 | Chococat | Art original |
| VA 130-420 | Hello Kitty | Graphic Artwork |
| VA 636-579 | KeroKeroKeroppi | Sticker Book |
| VA 707-212 | KeroKeroKeroppi | Pictorial Cartoon Drawing |
| VA 246-421 | Little Twin Stars | Stickers |
| VA 840-495 | Monkichi | Graphic Artwork |
| VA 130-419 | My Melody | Graphic Artwork |
| VA 130-421 | Patty & Jimmy | Graphic Artwork |
| VA 636-582 | Pekkle | Graphic Artwork |
| VA 840-496 | Picke Bicke | Graphic Artwork |
| VA 636-580 | Pochaco | Sticker Book |
| VA 148-625 | Tuxedo Sam | Stickers |
| VA 840-494 | Winkipinki | Graphic Artwork |
| VA 636-581 | Zashikibuta | Stickers |
| VA 1-352-721 | Keroppi / Little Frog…Big Splash | Visual Material |
| Vau 1-078-385 | Sanrio 2010 Character Guide | Visual Material |

# EXHIBIT H

## SANRIO CO.'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,842,707 | 5/18/04 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,707,592 | 4/15/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,705,164 | 4/8/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,714,130 | 5/6/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,952,043 | 5/17/05 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,845,315 | 5/25/04 |
| Hello Kitty | Design Only | 1,200,083 | 7/6/82 |
| Hello Kitty | Design Only | 1,277,721 | 5/15/84 |
| Hello Kitty | Typed Drawing | 1,215,436 | 11/9/82 |
| Hello Kitty | Typed Drawing | 1,279,486 | 5/29/84 |
| Hello Kitty | Typed Drawing | 1,391,550 | 4/29/86 |
| Hello Kitty | Design Only | 1,370,105 | 11/12/85 |
| Keroppi | Standard Character Mark | 3,531,383 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,350 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,531,382 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,349 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,436,548 | 5/27/08 |

| Keroppi | Standard Character Mark | 3,181,348 | 12/5/06 |
|---|---|---|---|
| Keroppi | Standard Character Mark | 3,181,347 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,449,938 | 6/17/08 |
| Keroppi | Standard Character Mark | 3,531,381 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,531,380 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,346 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,423,288 | 5/6/08 |
| Keroppi | Standard Character Mark | 3,181,345 | 12/5/06 |
| Little Twin Stars | Typed Drawing | 1,341,864 | 6/18/85 |
| Little Twin Stars | Typed Drawing | 1,192,946 | 4/6/82 |
| Little Twin Stars | Standard Character Mark | 3,245,999 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,998 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,997 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,994 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,993 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,992 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,991 | 5/29/07 |
| Monkichi | Standard Character Mark | 3,699,381 | 10/20/09 |
| My Melody | Typed Drawing | 1,305,637 | 11/20/84 |
| My Melody | Typed Drawing | 1,210,192 | 9/28/82 |
| Pekkle | Typed Drawing | 2,053,346 | 4/15/97 |
| Pochacco | Typed Drawing | 2,236,507 | 4/6/99 |

| Pochacco | Typed Drawing | 1,985,358 | 7/9/96 |
|---|---|---|---|
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,506,705 | 11/13/01 |
| Sanrio | Typed Drawing | 2,506,577 | 11/13/01 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,721,680 | 6/3/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,742,381 | 7/29/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,721,679 | 6/3/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,693,639 | 3/4/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,696,063 | 3/11/03 |
| KEROKEROKEROPPI | Standard Character Mark | 3,531,378 | 11/11/2008 |
| KEROKEROKEROPPI | Standard Character Mark | 3,531,376 | 11/11/2008 |
| Bow | Design only | 3,260,857 | 7/10/2007 |
| Bow | Design only | 3,359,800 | 12/25/2007 |
| Bow | Design only | 3,359,801 | 12/25/2007 |
| Bow | Design only | 3,272,377 | 7/31/2007 |
| Bow | Design only | 3,260,860 | 7/10/2007 |
| Bow | Design only | 3,362,512 | 1/1/2008 |
| Bow | Design only | 3,348,608 | 12/4/2007 |
| Bow | Design only | 3,249,704 | 6/5/2007 |
| Bow | Design only | 3,362,514 | 1/1/2008 |
| Bow | Design only | 3,359,799 | 12/25/2007 |

| | | | |
|---|---|---|---|
| Bow | Design only | 3,260,858 | 7/10/2007 |
| Bow | Design only | 3,445,304 | 6/10/2008 |
| Bow | Design only | 3,260,859 | 7/10/2007 |
| Bow | Design only | 3,359,802 | 12/25/2007 |
| Bow | Design only | 3,260,861 | 7/10/2007 |
| Bow | Design only | 3,253,794 | 6/19/2007 |
| Bow | Design only | 3,260,862 | 7/10/2007 |
| Outline of Hello Kitty | Design only | 3,666,736 | 8/11/2009 |
| Outline of Hello Kitty | Design only | 3,756,724 | 3/9/2010 |
| Outline of Hello Kitty | Design only | 3,751,315 | 2/23/2010 |
| Outline of Hello Kitty | Design only | 3,868,138 | 10/26/2010 |
| Outline of Hello Kitty | Design only | 3,756,725 | 3/9/2010 |
| Outline of Hello Kitty | Design only | 3,666,736 | 8/11/2009 |
| Outline of Hello Kitty | Design only | 3,679,187 | 9/8/2009 |
| Outline of Hello Kitty | Design only | 3,865,208 | 10/19/2010 |